(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>Ho Young Kim  M.D. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>D/B.A Womens Health Center | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): 5380 / 72-1580257 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1230 Gail Dr<br>Buffalo Grove, IL  60089-1140 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Lake | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)         ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____        ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☑ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000+ |
|---|---|---|---|---|---|---|

Estimated Assets
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

Estimated Debts
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/28/2005
Time: 16:31:14
Debtor: HO YOUNG KIM
Case: 05-16872       Fee : 194
Chapter: 13 Rec. # : 3129255
Judge: A Benjamin Goldgar
341 mtg: 06/07/2005 @ 10:30AM
ConfHrg: 06/24/2005 @ 11:00AM
Trustee: GLENN STEARNS

1:05BK16872-BK001

VOLUNTARY PETITION

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ho Young Kim M.D.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: **Northern District Of Illinois** | Case Number:<br>**04-15908** | Date Filed:<br>**4/22/04** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Ho Young Kim*
Signature of Debtor                              Ho Young Kim  M.D.

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 28, 2005**
Date

X  *William E. Jamison*
Signature of Attorney
Signature of Attorney for Debtor(s)
**William E. Jamison, Jr. 6218244**
Printed Name of Attorney for Debtor(s)
**Law Office Of William E. Jamison, Jr.**
Firm Name
**815 W. Van Buren Ste # 203**
Address
**Chicago, IL  60607**

**(312) 226-8500**
Telephone Number

**April 28, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          **4/28/05**
Signature of Attorney for Debtor(s)                 Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

Ho Young Kim M.D.
1230 Gail Dr
Buffalo Grove, IL 60089-1140

MBNA
PO Box 15286
Wilmington, DE 19850-5286

Law Office Of William E. Jamison, Jr.
815 W. Van Buren Ste # 203
Chicago, IL 60607

MBNA America
PO Box 15286
Wilmington, DE 19850-5286

Arnold G. Siegel
Attorney At Law
20 N Clark St Ste # 2200
Chicago, IL 60602-4109

Medway Diagnostic Labs, Inc.
2138 W Cermak Rd Ste # 107
Chicago, IL 60608-4006

Aurroar Loan
2530 S Parker Rd Ste 601
Aurora, CO 80014-1633

National City
9101 N Greenwood, Ave
Niles, IL 60714

Bombay
PO Box 8181
Gray, TN 37615-0181

Prospective Development & Management Inc
3240 W. Divisiion
Chicago, IL 60651

Citi Financial Savings, Inc.
PO Box 2269
Palatine, IL 60078-2269

Protection One
P.O. Box 49292
Wichita, KS 67201

Don Tech
C/O Jack B Rottner
105 W Madison St. STe 1200
Chicago, IL 60602-4602

The SMith
21950 Network Pl
Chicago, IL 60673-1219

H.D. Smith Wholesale Drug Company
C/O Law Office Henry E. Rakowske
2631 Merrick Rd Ste 201
Bellmore, NY 11710-5784

U.S Bancorp Manifest Funding
C/O Corporate Attorney
1450 Channel Parkway
Marshall, MN 56258

HPSC Inc,
One Beacon St. 2nd FL
Boston, MA 02108

INTERNAL REVENUE SERVICE
Mail Stop 5010
230 S. Dearborn
CHICAGO, IL 60604